**Fill in this information to identify your case and this filing:**

Debtor 1: Mary L. Wardlaw
 First Name   Middle Name   Last Name

Debtor 2:
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Maryland

Case number 20-18092
(if know)

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1 3510 Abbie Place
   Street address, if available, or other description

   Windsor Mill   MD   21244
   City   State   ZIP Code

   Baltimore County
   Country

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other_____

   **Who has an interest in the property?** Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   **Current value of the entire property?** $ 201,000.00
   **Current value of the portion you own?** $ 201,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Fee simple

   ☐ Check if this is community property

   **Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................▶**   $ 201,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: Nissan
   Model: Rouge
   Year: 2010
   Approximate mileage: 137000
   Other information:
   Condition:

   **Who has an interest in the property?** Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   **Current value of the entire property?** $ 2,000.00
   **Current value of the portion you own?** $ 2,000.00

3.2  Make: Honda
     Model: Odyssey
     Year: 2012
     Approximate mileage: 100000
     Other information:
     Condition: Good;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?**  $ 6,200.00

**Current value of the portion you own?**  $ 6,200.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**………………………………………………………………………………………▶  $ 8,200.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?**

6. **Household goods and furnishings**   Do not deduct secured claims or exemptions.
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...
   
   All household goods and furnishings                                $ 1,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe...
   
   All electronics including TV's computers music equipment etc
   All electronics including TV's computers music equipment etc       $ 1,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe...

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe...

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☑ No
    ☐ Yes. Describe...

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver
    ☐ No
    ☑ Yes. Describe...
    
    All jewelry including rings watches bracelets earrings etc         $ 150.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**...........................................................................➤  $ 2,650.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................................   Cash .....................  $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................      Institution name:

    17.1. Checking account:    M&T; balance as of 080720                                                $ 1,347.00

    17.2. Checking account:    Capital One                                                              $ 0.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them..........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

Debtor 1  Mary L. Wardlaw
          First Name  Middle Name  Last Name

Case number *(if known)* 20-18092

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - [x] No
    - [ ] Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - [x] No
    - [ ] Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - [x] No
    - [ ] Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - [x] No
    - [ ] Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - [x] No
    - [ ] Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    Federal:  $ 0.00
    State:    $ 0.00
    Local:    $ 0.00

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - [x] No
    - [ ] Yes. Give specific information....

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - [x] No
    - [ ] Yes. Give specific information....

31. **Interests in insurance policies**
    - [ ] No
    - [x] Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Term Life | | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**
    - [x] No
    - [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    - [x] No
    - [ ] Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - [x] No
    - [ ] Yes. Give specific information....

35. **Any financial assets you did not already list**
    - [x] No
    - [ ] Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................➔  $1,347.00

Debtor 1   Mary L. Wardlaw
           First Name   Middle Name   Last Name                                    Case number *(if known)* 20-18092

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ............................▶   $ 0.00

| Part 8: | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**..............................................................................▶                                   $ 201,000.00
56. **Part 2: Total vehicles, line 5**                              $ 8,200.00
57. **Part 3: Total personal and household items, line 15**      $ 2,650.00
58. **Part 4: Total financial assets, line 36**                  $ 1,347.00
59. **Part 5: Total business-related property, line 45**         $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52** $ 0.00
61. **Part 7: Total other property not listed, line 54**       + $ 0.00
62. **Total personal property. Add lines 56 through 61** ...................  $ 12,197.00   Copy personal property total▶   + $ 12,197.00
63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                       $ 213,197.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Mary L. Wardlaw |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | District of Maryland |
| Case number (If known) | 20-18092 |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2010 Nissan Rouge  Line from *Schedule A/B*: 3.1 | $ 2,000.00 | ☑ $ 2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| Brief description: 2012 Honda Odyssey  Line from *Schedule A/B*: 3.2 | $ 6,200.00 | ☑ $ 6,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(5) |
| Brief description: 2012 Honda Odyssey  Line from *Schedule A/B*: 3.2 | $ 6,200.00 | ☑ $ 200.00  ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

Debtor  Mary L. Wardlaw
_First Name_  _Middle Name_  _Last Name_

Case number *(if known)* 20-18092

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Household goods - All household goods and furnishings<br>**Line from Schedule A/B:** 6 | $1,500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| **Brief description:** Household goods - All household goods and furnishings<br>**Line from Schedule A/B:** 6 | $1,500.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(4) |
| **Brief description:** Electronics - All electronics including TV's computers music equipment etc<br>**Line from Schedule A/B:** 7 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| **Brief description:** Electronics - All electronics including TV's computers music equipment etc<br>**Line from Schedule A/B:** 7 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| **Brief description:** Jewelry - All jewelry including rings watches bracelets earrings etc<br>**Line from Schedule A/B:** 12 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| **Brief description:** M&T; balance as of 080720 (Checking)<br>**Line from Schedule A/B:** 17.1 | $1,347.00 | ☑ $1,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| **Brief description:**<br>**Line from Schedule A/B:** | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from Schedule A/B:** | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from Schedule A/B:** | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from Schedule A/B:** | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from Schedule A/B:** | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from Schedule A/B:** | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 2 of 2

**Fill in this information to identify your case:**

Debtor 1: Mary L. Wardlaw
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Maryland

Case number: 20-18092
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Mary L. Wardlaw                          ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date 09/23/2020                                 Date _____
     MM / DD / YYYY                                  MM / DD / YYYY